AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

INTEGRATED HEALTH PROFESSIONALS, INC.,

     Plaintiff,`

v.

PHARMACISTS MUTUAL INSURANCE CO.,

     Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-05-101-FVS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED the cross motion for summary judgment filed by Pharmacists Mutual Insurance Company is denied; The motion for summary judgment filed by Integrated Health Professionals, Inc. is granted to the extent indicated in the Order filed 3/21/06 as Court Record 40.

| | |
|---|---|
| April 26, 2006 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Linda Emerson |
| | *(By) Deputy Clerk* |
| | Linda Emerson |